**Opinion issued June 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00957-CV

_____

### IN RE SHANKAR RAJAGOPALAN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Shankar Rajagopalan has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its October 2, 2024 sanctions order regarding spoliation of evidence. [1]

---

[1] The underlying case is *Shankar Rajagopalan v. The Viswa Group, LLC d/b/a Viswa Group, Innova R&D Corp., Chekit Labs, Inc., and Ramaratnam Visweswaran*, cause number 2022-06457, pending in the 80th District Court of Harris County, the Honorable Jeralynn Manor presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.